UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JACQUELINE THOMPSON

VERSUS

WINN-DIXIE MONTGOMERY, INC.,
ET AL

CIVIL ACTION

NO. 06-944-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 25, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion for summary judgment (rec.doc. 7) is denied.

Baton Rouge, Louisiana, September 11, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA